

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007
```

**BY FACSIMILE**
The Honorable Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   United States v. Corey Rodriguez, Clive Nelson & Harold Crew
            07 Cr. 944 (LTS)

Dear Judge Swain:

       Please find attached a copy of the Indictment in the above-referenced case, which was assigned to Your Honor Tuesday, October 9, 2007. The parties respectfully request that the arraignment and pre-trial conference be scheduled for October 31, 2007. The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until that date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the parties will discuss the disposition of the case and the Government will prepare discovery for the defendants.

*[Handwritten endorsement:]* The arraignment and initial conference will take place on October 31, 2007 at 11:00AM. Time is excluded from speedy trial computations through that date in the interests of justice, for the above-stated reasons. SO ORDERED.

*[Signature]* 10/11/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[Signature]*
     Parvin Moyne
     Assistant United States Attorney
     Telephone: (212) 637-2510

cc:  Richard Rosenberg, Esq. *(by facsimile)*
     Allan Haber, Esq. *(by facsimile)*
     Louis Freeman, Esq. *(by facsimile)*