**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

_Corey Robertson_

(Alias) _____

_____

Please PRINT Clearly

_07 cr 944 (LTS)_
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:    **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1. [✓] CJA     2. [ ] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _Oct_ YR. _1974_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NY_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       _10-31-07_

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

_Richard H. Rosenberg_
Attorney for Defendant

Firm name if any

_250 W. 57th St_
Street address

_NY_   _NY_   _10107_
City    State    Zip

_212-586-3838_
Telephone No

OCT 31 2007

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186