**Richard H. Rosenberg**
Attorney at Law
250 West 57th Street
Suite 1931
New York, New York 10107
Tel.: 212-586-3838
Fax.: 212-974-3225

November 8, 2007

Hon. Laura T. Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Corey Robertson, et al**
**07 Cr. 944 (LTS)**

Dear Judge Swain:

     I represent defendant Corey Robertson in the above-referenced matter. As a condition of his appearance bond, Mr. Robertson is residing with his mother in Hyattsville, Maryland and is on home detention. I am requesting that Mr. Robertson's bail conditions be modified to allow him to attend Sunday church services with his family while on home detention. I have spoken to his pre-trial officer in Maryland, Mr. Timothy Smith, regarding this request. Mr. Smith has no objection to Mr. Robertson attending church on Sundays so long as Mr. Robertson provides the name, address and phone number of the church and pastor as well as a copy of the church bulletin made available to parishioners at the Sunday services.

     I am also authorized to report that AUSA Parvin Moyne has no objection to the defendant attending Sunday church services. If the foregoing is agreeable to the court I respectfully request that this letter be "so ordered" so that I can make the order available to Maryland pre-trial.

     Thank you for your consideration to this request.

                                                                Very sincerely,

Richard H. Rosenberg