UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

COREY ROBERTSON, et al.,

    Defendants.

-------------------------------------------------------x



No. 07 Cr. 944 (LTS)

## ORDER

In light of the Government's letter dated February 10, 2008, Defendant Robertson's Federal Rule of Evidence 404(b) motion (docket entry no. 38) is DENIED without prejudice to renewal in the event the Government gives notice of its intention to introduce such 404(b) evidence at trial.

SO ORDERED.

Dated: New York, New York
       February 13, 2008

LAURA TAYLOR SWAIN
United States District Judge