UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                                               **Notice of Change of Address**
        -against-                                  **07 Cr. 944 (LTS)**


COREY ROBERTSON.,

        Defendant..

--------------------------------------------------------X


       PLEASE TAKE NOTICE, that RICHARD H. ROSENBERG, ESQ., attorney for defendant **COREY ROBERTSON**, has relocated his office. The new address and contact information is:

                                Richard H. Rosenberg, Esq.
                                217 Broadway—Suite 707
                                New York, New York 10007-2911
                                Tel: 212-586-3838
                                Fax: 212-962-5037
                                Mobile: 917-576-1446
                                E-mail: richrosenberg@msn.com


      Please update my new address in the Court's docket and direct all future correspondence and notices to my new address.


                                                  Respectfully submitted,
                                                  /s/
                                                  Richard H. Rosenberg
                                                  RR0846

Dated: New York, New York
       April 30, 2008