Probation Form No. 35
Report and Order Terminating Probation /
(1/92)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 7 2013

Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Vs.                   Crim. No. 07-CR-944-01 (LTS)

Corey Robertson

    On November 22, 2010 the above named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Corey Robertson be discharged from Supervised Release.

    Respectfully submitted,

Enid Febus
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __7__ day of __March__, 20__013__.

Honorable Laura Taylor Swain
U.S. District Court Judge